**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

|  |  |  |
|---|---|---|
| Reginald Moore, | ) | |
| Plaintiff, | ) | Case No: 3:15 CV 50016 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge: Iain D. Johnston |
| Bessie Dominguez, et al. | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

According to the Suggestion of Death filed 1/10/2017, the plaintiff died on 1/7/2017. Dkt. 99. The plaintiff's assigned counsel sent notice of the Suggestion of Death to all known members of the plaintiff's family, which included his sister and parents. Dkt. 106 at 2. To date, no successor or representative has filed a motion to substitute. Accordingly, it is this Court's Report and Recommendation that this case be dismissed under Federal Rule of Civil Procedure 25(a)(1). Assigned counsel is directed to mail a copy of this Report and Recommendation to the plaintiff's sister and parents. Any objection must be filed by 5/1/2017. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989). The telephonic status hearing previously set for 4/27/2017 is stricken.

Date:   April 13, 2017

/s/ Iain D. Johnston
U.S. Magistrate Judge