# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Reginald Moore, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No: 15 C 50016 |
| | ) | |
| Bessie Dominguez, et al., | ) | |
| | ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") [107] from the magistrate judge that this case be dismissed pursuant to Federal Rule of Civil Procedure 25(a)(1). Plaintiff passed away on 1/7/2017 and a Suggestion of Death was filed on 1/10/2017. No successor or representative has filed a motion to substitute. Any objection to the R&R was to be filed by May 1, 2017, and no objection has been received. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985). Having reviewed the R&R and finding no error, the court adopts the R&R in full and dismisses this case. This case is closed.

Date: 5/8/2017                                   ENTER:

                                                 _____
                                                 FREDERICK J. KAPALA
                                                 District Judge